EDGAR S. APPLEBY et al., Individually and as Executors of CHARLES E. APPLEBY, Deceased, Appellants and Respondents, *v.* THE CITY OF NEW YORK et al., Respondents and Appellants.

(Submitted May 28, 1923; decided June 5, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 235 N. Y. 351.)

---

LAWRENCE EVERETT, Respondent, *v.* THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.

(Submitted May 28, 1923; decided June 5, 1923.)

Motion for re-argument denied. Motion to amend remittitur granted. Return of remittitur requested and when returned the same will be amended so as to award plaintiff costs in Trial Term and appellant costs of appeal in this court and Appellate Division. (See 236 N. Y. 62.)